## 33023. GEORGIA HIGH SCHOOL ASSOCIATION v. RENTZ et al.

JORDAN, Justice.

This case is controlled by the decision rendered by this court in *Smith v. Crim,* 240 Ga. 390 (1977).

*Judgment reversed. All the Justices concur.*

ARGUED NOVEMBER 22, 1977 — DECIDED DECEMBER 5, 1977 — REHEARING DENIED DECEMBER 15, 1977.

*Bridges & Connell, Richard T. Bridges, Alan W. Connell, Heyman & Sizemore, W. Dan Greer,* for appellant.

*G. Michael Hartley, Cliffe Lane Gort,* for appellees.

Fred Paul Rentz, Jr., *pro se.*